# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NORMA E. CORTEZ  
1415 OGILBY  
ROCKFORD, IL  61102

SSN-xxx-xx-8362

Case Number: 06-70032

Case filed on: 1/13/2006  
Plan Confirmed on: 4/12/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,060.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 323.40 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 323.40 | 0.00 |
| 014 | INTERNAL REVENUE SERVICE | 1,906.26 | 1,906.26 | 0.00 | 0.00 |
|  | Total Priority | 1,906.26 | 1,906.26 | 0.00 | 0.00 |
| 999 | NORMA E. CORTEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CARLYLE AUTO SALES | 2,950.69 | 2,950.69 | 525.86 | 0.00 |
| 010 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 2,950.69 | 2,950.69 | 525.86 | 0.00 |
| 002 | AMERICASH LOANS LLC | 976.72 | 976.72 | 0.00 | 0.00 |
| 003 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SWEDISH AMERICAN HOSPITAL | 242.43 | 242.43 | 0.00 | 0.00 |
| 005 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 1,693.37 | 1,693.37 | 0.00 | 0.00 |
| 012 | US BANK/RETAIL PAYMENT SOLUTIONS | 328.20 | 328.20 | 0.00 | 0.00 |
| 013 | US BANK/RETAIL PAYMENT SOLUTIONS | 4,010.77 | 4,010.77 | 0.00 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 354.00 | 354.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 148.94 | 148.94 | 0.00 | 0.00 |
|  | Total Unsecured | 7,754.43 | 7,754.43 | 0.00 | 0.00 |
|  | Grand Total: | 13,953.13 | 13,953.13 | 991.01 | 0.00 |

Total Paid Claimant:     $991.01  
Trustee Allowance:       $68.99  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan